UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHAQUEZ RAY, )<br>          Plaintiff, )<br>)<br>    v. )<br>)<br>JACQUELINE S. MITCHELL, )<br>individually and in her official capacity as )<br>Director of Customer Compliance Services, )<br>ERICKA AMERSON, individually and in )<br>her official capacity as Operations Manager )<br>of Customer Compliance Services, and )<br>NORTH CAROLINA DIVISION OF )<br>MOTOR VEHICLES, in their official )<br>capacity )<br>          Defendants. ) | **JUDGMENT**<br>No. 5:25-CV-258-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 23, 2025, and for the reasons set forth more specifically therein, that plaintiff's claims are DISMISSED.

**This Judgment Filed and Entered on July 23, 2025, and Copies To:**
Shaquez Ray (via CM/ECF)

July 23, 2025                        PETER A. MOORE, JR. CLERK

                                             /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk

